GREEN & NOBLIN, P.C.
Robert S. Green
700 Larkspur Landing Circle, Suite 275
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

William B. Federman
(admitted *Pro Hac Vice*)
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235.1560
Facsimile:  (405) 239-2112
wbf@federmanlaw.com

*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. ANGLEY, Individually and on Behalf of All Others Similarly Situated, | Case No. 2:14-cv-02066-CBM-E |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE** |
| v. | |
| UTI WORLDWIDE, INC., et al., | |
| Defendants. | |

1

Lead plaintiff Michael Cutler ("Lead Plaintiff") and defendants UTi Worldwide Inc., Eric W. Kirchner, Richard G. Rodick, Edward G. Feitzinger, and Jeffrey D. Misakian (collectively, the "Defendants") hereby stipulate and agree, by and through their respective counsel of record, as follows:

WHEREAS on September 5, 2014, Lead Plaintiff filed an "Amended Class Action Complaint" in the above-captioned matter (the "Complaint") against the Defendants (Dkt. No. 29);

WHEREAS on November 4, 2014, Defendants filed a motion to dismiss the Complaint (Dkt. No. 37);

WHEREAS on December 16, 2014, Lead Plaintiff filed a response in opposition to Defendants' motion (Dkt. No. 40);

WHEREAS on January 9, 2015, Defendants filed a reply in support of Defendants' motion (Dkt. No. 43);

WHEREAS on June 10, 2015, the Court entered an Order granting Defendants' motion to dismiss but providing Lead Plaintiff with leave to amend the Complaint (the "Order") (Dkt. 51);

WHEREAS, pursuant to the Order, Lead Plaintiff must file his second amended complaint by no later than June 22, 2015;

WHEREAS counsel for Lead Plaintiff has several previously scheduled obligations during the time immediately preceding and including June 22, 2015, and

2

needs additional time to further explore and develop his allegations and prepare a second amended complaint;

WHEREAS counsel for Defendants has agreed to extend Lead Plaintiff's time in which to file a second amended complaint and has further proposed a schedule to govern the subsequent briefing on the second amended complaint;

**IT IS HEREBY STIPULATED AND AGREED, SUBJECT TO APPROVAL OF THE COURT, THAT:**

1.     Lead Plaintiff shall file a second amended complaint on or before July 2, 2015;

2.     Defendants shall file an answer or a motion to dismiss the second amended complaint on or before July 30, 2015;

3.     Lead Plaintiff shall file an opposition to any motion to dismiss on or before August 13, 2015; and

4.     Defendants shall file a reply brief in support of any motion to dismiss on or before August 20, 2015.

Dated: June 15, 2015                        FEDERMAN & SHERWOOD

                                             /s/William B. Federman
                                            William B. Federman
                                            (admitted *Pro Hac Vice*)
                                            FEDERMAN & SHERWOOD
                                            10205 North Pennsylvania Avenue
                                            Oklahoma City, Oklahoma 73120
                                            Telephone: (405) 235-1560
                                            Facsimile:  (405) 239-2112
                                            wbf@federmanlaw.com

                                            *Lead Counsel for Plaintiffs*

1 | Robert S. Green
2 | GREEN & NOBLIN, P.C.
700 Larkspur Landing Circle, Suite 275
3 | Larkspur, California 94939
Tel: (415) 477-6700
4 | Fax: (415) 477-6710
-and-
5 | 4500 East Pacific Coast Highway
6 | Fourth Floor
Long Beach, CA 90804
7 | Tel: (562) 391-2487
8 | rsg@classcounsel.com
9 | *Liaison Counsel for the Class*
10
Dated: June 15, 2015 | CRAVATH, SWAINE & MOORE LLP
11
/s/Gary A. Bornstein
12 | Gary A. Bornstein
(admitted *Pro Hac Vice*)
13 | CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
14 | New York, NY 10019-7475
(212) 474-1000
15
16 | Mitchell A. Kamin - State Bar No. 202788
David I. Hurwitz - State Bar No. 174632
17 | BIRD, MARELLA, BOXER, WOLPERT,
NESSIM, DROOKS, LINCENBERG
& RHOW, P.C.
18 | 1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
19 | Telephone: (310) 201-2100
Facsimile: (310) 201-2110
20
21 | *Attorneys for Defendants UTi Worldwide, Inc.,*
*Eric W. Kirchner, Richard G. Rodick, Edward*
22 | *G. Feitzinger, and Jeffrey D. Misakian*
23
24
25
26
27
28

4

## CERTIFICATE OF SERVICE

I hereby certify that this Stipulation was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on June 15, 2015.

/s/ William B. Federman
William B. Federman

STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE                    MASTER FILE NO. 2:14-cv-02066-CBM-E