1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. ANGLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UTI WORLDWIDE, INC., et al.,<br><br>Defendants. | Case No. 2:14-cv-02066-CBM-E<br><br>**[PROPOSED] ORDER SETTING SCHEDULE** |

1

PURSUANT TO STIPULATION AND GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:

1. Lead Plaintiff shall file a second amended complaint on or before July 2, 2015;

2. Defendants shall file an answer or a motion to dismiss the second amended complaint on or before July 30, 2015;

3. Lead Plaintiff shall file an opposition to any motion to dismiss on or before August 13, 2015; and

4. Defendants shall file a reply brief in support of any motion to dismiss on or before August 20, 2015.

Dated: June ___, 2015

_____
The Hon. Consuelo B. Marshall
United States District Judge