1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. ANGLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UTI WORLDWIDE, INC., et al.,<br><br>Defendants. | Case No. 2:14-cv-02066-CBM-Ex<br><br>**ORDER SETTING SCHEDULE**<br><br>**[NOTE: CHANGES MADE BY COURT]**  [52] |

1

PURSUANT TO THE PARTIES' STIPULATION AND GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT**:**

1.      Lead Plaintiff shall file a second amended complaint on or before June 29, 2015;

2.      Defendants shall file an answer or a motion to dismiss the second amended complaint on or before July 20, 2015;

3.      Lead Plaintiff shall file an opposition to any motion to dismiss on or before July 27, 2015; and

4.      Defendants shall file a reply brief in support of any motion to dismiss on or before August 3, 2015.

**IT IS SO ORDERED.**

Dated:  June 16, 2015.

_____
The Hon. Consuelo B. Marshall
United States District Judge

2