1 | **BIRD, MARELLA, BOXER,**
2 | **WOLPERT, NESSIM, DROOKS,**
  | **LINCENBERG & RHOW, P.C**.
3 | Mitchell A. Kamin—Bar No. 202788
4 |    mak@birdmarella.com
  | David I. Hurwitz—Bar No. 174632
5 |    dih@birdmarella.com
6 | 1875 Century Park East, 23rd Floor
  | Los Angeles, CA 90067-2561
7 | Telephone: (310) 201-2100
8 | Facsimile: (310) 201-2110

9 | **CRAVATH, SWAINE &**
  | **MOORE LLP**
10 | Gary A. Bornstein (*pro hac vice*)
11 |    gbornstein@cravath.com
   | 825 Eighth Avenue
12 | New York, NY 10019
13 | Telephone: (212) 474-1000
   | Facsimile: (212) 474-3700
14

15 | Attorneys for Defendants UTi
   | Worldwide Inc., Eric Kirchner,
16 | Richard Rodick, Edward Feitzinger
17 | and Jeffrey Misakian

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. ANGLEY, *et al*., | Case No. 2:14-CV-2066-CBM (Ex.) |
| Plaintiff, | **INDEX TO DEFENDANTS'** |
| v. | **MOTION TO DISMISS THE** |
| | **SECOND AMENDED CLASS** |
| UTI WORLDWIDE INC., *et al*., | **ACTION COMPLAINT** |
| Defendants. | Judge: Hon. Consuelo B. Marshall |
| | Date: August 25, 2015 |
| | Time: 10:00 a.m. |
| | Courtroom: 2 |

**INDEX TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**

| # | Date | Statement | Subject Matter | SAC Citation |
|---|---|---|---|---|
| 1. | April 1, 2013 | "We are currently engaged in a multi-year business transformation initiative that involves risks, could result in higher than expected costs and/or could otherwise adversely impact our operations, profitability." (Form 10-K (4/1/2013) (Ex. 3)) | Risk Factor | ¶ 158 (page 73, line 6) |
| 2. | April 1, 2013 | "We may also experience difficulties consolidating our current systems, moving to a common set of operational processes, implementing shared services and implementing a successful change management process.  These difficulties may impact our clients and our ability to efficiently meet their needs." (Form 10-K (4/1/2013) (Ex. 3)) | Risk Factor | ¶ 158 (page 73, line 11) |
| 3. | April 1, 2013 | "If we are unable to recover a significant portion of these disbursements or if our clients do not reimburse us for these disbursements in a timely manner, we may experience losses and our cash flows and results of operations would be negatively impacted." (Form 10-K (4/1/2013) (Ex. 3)) | Risk Factor | ¶ 158 (page 73, line 15) |
| 4. | April 1, 2013 | "Our disclosure controls and procedures were effective as of January 31, 2013." (Form 10-K (4/1/2013) (Ex. 3)) | Disclosure Controls | ¶ 158 (page 73, line 19) |
| 5. | April 1, 2013 | "There were no changes in our internal control over financial reporting during the most recently completed fiscal quarter that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting." (Form 10-K (4/1/2013) (Ex. 3)) | Internal Controls | ¶ 158 (page 73, line 21) |
| 6. | June 6, 2013 | "[Kirchner]:  In response to the question, 'But it sounds like generally, the platforms and process improvement on both sides are definitely in place, and in freight forwarding, it's about leveraging what you have in place, and then even be able to leverage that even further once the system is in place,' Kirchner:  'Yes, that's fair.'" (Earnings Conference Call 1Q2014 (6/6/2013) (Ex. 10)) | Progress of the 1View Implementation | ¶ 174  (page 83, line 24) |
| 7. | June 7, 2013 | "Our disclosure controls and procedures were effective as of April 30, 2013." (Form 10-Q (6/7/2013) (Ex. 4)) | Disclosure Controls | ¶ 174 (page 84, line 1) |
| 8. | June 7, 2013 | "The planned implementation of [technology upgrades to financial] processes will affect the processes that constitute our internal control over financial reporting in the future and will require testing for effectiveness prior to and concurrently with the implementation." (Form 10-Q (6/7/2013) (Ex. 4)) | Internal Controls | ¶ 174 (page 84, line 3) |
| 9. | June 7, 2013 | "There have been no material changes to the risk factors as disclosed under Part I, Item 1A 'Risk Factors' in our Annual Report on Form 10-K for the fiscal year ended January 31, 2013 filed with the SEC." (Form 10-Q (6/7/2013) (Ex. 4)) | Risk Factor | ¶ 174 (page 84, line 7) |

**INDEX TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**

| # | Date | Statement | Subject Matter | SAC Citation |
|---|---|---|---|---|
| 10. | September 6, 2013 | "[Kirchner]: We've demonstrated that our proprietary system works, the deployment in the recently added large countries shows that it's scalable. The progress since our last earnings call is also important because we now have sufficient volume on the new system to begin more aggressively to remove costs." (Earnings Conference Call 2Q2014 (9/6/2013) (Ex. 11)) | Progress of the 1View Implementation | ¶ 185 (page 94, line 1) |
| 11. | September 9, 2013 | "Our disclosure controls and procedures were effective as of July 31, 2013." (Form 10-Q (9/9/2013) (Ex. 5)) | Disclosure Controls | ¶ 185 (page 94, line 13) |
| 12. | September 9, 2013 | "There were no changes in our internal control over financial reporting during the most recently completed second quarter that have materially affected, or are reasonably likely to materially affect, our internal control over financial reporting." (Form 10-Q (9/9/2013) (Ex. 5)) | Internal Controls | ¶ 185 (page 94, line 15) |
| 13. | September 9, 2013 | "[T]he planned implementation of these processes will begin to affect the processes that constitute our internal control over financial reporting in the future and require testing for effectiveness prior to and concurrently with the implementation." (Form 10-Q (9/9/2013) (Ex. 5)) | Internal Controls | ¶ 185 (page 94, line 18) |
| 14. | September 9, 2013 | "There have been no material changes to the risk factors as disclosed under Part I, Item 1A 'Risk Factors' in our Annual Report on Form 10-K for the fiscal year ended January 31, 2013 filed with the SEC." (Form 10-Q (9/9/2013) (Ex. 5)) | Risk Factor | ¶ 185 (page 94, line 22) |
| 15. | September 17, 2013 | "[Misakian]: In addition, the interface or the link between [One View Art], which is what we call our freight forwarding operating system and Oracle Financials is not as fully automated as it needed to be. We have fixed that situation with the launch in the US market." (Morgan Stanley Industrials & Autos Conference (9/17/2013) (Ex. 18)) | Progress of the 1View Implementation | ¶ 195 (page 104, line 24) |
| 16. | December 10, 2013 | "Based upon this evaluation, management, including our Chief Executive Officer and Chief Financial Officer, had concluded that our disclosure controls and procedures were effective as of October 31, 2013." (Form 10-Q (12/10/2013) (Ex. 6)) | Disclosure Controls | ¶ 209 (page 116, line 21) |
| 17. | December 10, 2013 | "Our management, including our Chief Executive Officer and Chief Financial Officer, believes that our disclosure controls and procedures and internal control over financial reporting are designed to provide a reasonable assurance of achieving their objectives and are effective at the reasonable assurance level." (Form 10-Q (12/10/2013) (Ex. 6)) | Internal Controls/Disclosure Controls | ¶ 209 (page 116, line 24) |
| 18. | December 10, 2013 | "There have been no material changes to the risk factors as disclosed under Part I, Item 1A 'Risk Factors' in our Annual Report on Form 10-K for the fiscal year ended January 31, 2013 filed with the SEC." (Form 10-Q (12/10/2013) (Ex. 6)) | Risk Factor | ¶ 209 (page 117, line 1) |

DATED: July 20, 2015

Mitchell A. Kamin
David I. Hurwitz
BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.

By: /s/ David I. Hurwitz
      David I. Hurwitz

Gary A. Bornstein
CRAVATH, SWAINE & MOORE LLP

*Attorneys for Defendants UTi Worldwide Inc., Eric Kirchner, Richard Rodick, Edward Feitzinger and Jeffrey Misakian*

INDEX TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT     CASE NO. 2:14-CV-2066-CBM (EX)