1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| MICHAEL J. ANGLEY, *et al.*, | Case No. 2:14-CV-2066-CBM (Ex) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT** |
| v. | |
| UTI WORLDWIDE INC., *et al.*, | |
| Defendants. | Judge: Hon. Consuelo B. Marshall<br>Date: August 25, 2015<br>Time: 10:00 am<br>Courtroom: 2 |

1   This matter came before the Court on August 25, 2015, for hearing on
2   Defendants' Motion to Dismiss.  Having considered the briefs and
3   documents submitted in support of and in opposition to the Motion and the
4   arguments presented by the parties at the hearing, the Court hereby
5   GRANTS Defendants' Motion to Dismiss Plaintiff's Second Amended Class
6   Action Complaint with prejudice and without leave to amend, for the
7   following reasons:
8       Plaintiff alleges that he is a stockholder of Defendant UTi Worldwide
9   Inc. ("UTi") and claims that UTi and four of its employees violated
10  Section 10(b) of the Securities Exchange Act (the "Exchange Act"),
11  15 U.S.C. § 78j(b); Rule 10b-5 promulgated thereunder by the Securities and
12  Exchange Commission, 17 C.F.R. § 240.10b-5; and Section 20(a) of the
13  Exchange Act, 15 U.S.C. § 78t(a).  All Defendants move to dismiss pursuant
14  to Federal Rules of Civil Procedure 9(b) and 12(b)(6) and the Private
15  Securities Litigation Reform Act, 15 U.S.C. Section 78u *et seq*.  "The
16  elements of a section 10(b) or Rule 10b-5 violation are (1) a
17  misrepresentation or omission of a material fact, (2) scienter, (3) reliance[,]
18  (4) a connection with the purchase or sale of a security, (5) economic loss,
19  and (6) loss causation." *Oklahoma Firefighters Pension & Ret. Sys. v. IXIA*,
20  50 F. Supp. 3d 1328, 1351 (C.D. Cal. 2014).  Plaintiff has failed to plead
21  three of these elements.  Specifically, Plaintiff has failed to allege facts
22  sufficient to state a claim that any statement made by any Defendant (1) was
23  false or misleading; (2) was made with scienter; and (3) caused the Plaintiff
24  any loss.
25      Based on the Court's findings, the Court GRANTS Defendants'
26  Motion with respect to Plaintiff's Section 10(b) and Rule 10b-5 claim (First
27
    1
28  [PROPOSED] ORDER GRANTING DEFENDANTS'                                    CASE NO. 2:14-CV-2066-CBM (EX)
    MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

1 Cause of Action).

2 The Court also GRANTS Defendants' Motion with respect to
3 Plaintiff's claim under Section 20(a) of the Act (Second Cause of Action),
4 because Plaintiff fails to plead an underlying securities law violation. *In re*
5 *VeriFone Holdings, Inc. Sec. Litig.*, 704 F.3d 694, 711 (9th Cir. 2012).

6 Because Plaintiff has had ample opportunity to cure the deficiencies in
7 his pleading and because any attempt by Plaintiff to amend would be futile,
8 the Second Amended Class Action Complaint is dismissed with prejudice
9 and without leave to amend.

10 IT IS SO ORDERED.

11

12 DATED:

13

14 _____
15 Hon. Consuelo B. Marshall
16 United States District Judge

2

[PROPOSED] ORDER GRANTING DEFENDANTS'           CASE NO. 2:14-CV-2066-CBM (EX)
MOTION TO DISMISS THE SECOND AMENDED COMPLAINT

Submitted by:

**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C**.
Mitchell A. Kamin—Bar No. 202788
  mak@birdmarella.com
David I. Hurwitz—Bar No. 174632
  dih@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, CA 90067-2561
Telephone:  (310) 201-2100
Facsimile:  (310) 201-2110

By: /s/ David I. Hurwitz
      David I. Hurwitz

**CRAVATH, SWAINE & MOORE LLP**
Gary A. Bornstein (*pro hac vice*)
  gbornstein@cravath.com
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendants UTi Worldwide Inc., Eric Kirchner, Richard Rodick, Edward Feitzinger and Jeffrey Misakian*

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT     CASE NO. 2:14-CV-2066-CBM (EX)