James Robert Noblin (State Bar No. 114442)
**GREEN & NOBLIN, P.C.**
2200 Larkspur Landing Circle, Suite 101
Larkspur, California  94939
Telephone:  (415) 477-6700
Facsimile:  (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California  90804
Telephone: (562) 391-2487
Email:  gnecf@classcounsel.com

*Liaison Counsel for Plaintiffs*

William B. Federman
(admitted *Pro Hac Vice*)
**FEDERMAN & SHERWOOD**
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone:  (405) 235-1560
Facsimile:  (405) 239-2112
Email:  wbf@federmanlaw.com

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. ANGLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>vs.<br><br>UTI WORLDWIDE, INC., et al.,<br><br>          Defendants. | Case No.: 2:14-cv-02066-CBM-E<br><br>**NOTICE OF CHANGE OF ADDRESS** |

1  **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  **PLEASE TAKE NOTICE** that effective July 23, 2015, the new address

3  for the Northern California Office of Green & Noblin, P.C. is as follows:

Green & Noblin, P.C.
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA  94939

The Firm's telephone and facsimile numbers have not changed.

**PLEASE TAKE ADDITIONAL NOTICE** that the address for the Southern California Office of Green & Noblin, P.C., remains as follows:

Green & Noblin, P.C.
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, CA  90804

Dated:  July 23, 2015             **GREEN & NOBLIN, P.C.**

                       **By:**   *s/ James Robert Noblin*
                                James Robert Noblin

                       2200 Larkspur Landing Circle, Suite 101
                       Larkspur, California 94939
                       Tel: (415) 477-6700
                       Fax: (415) 477-6710
                       -and-
                       4500 East Pacific Coast Highway
                       Fourth Floor
                       Long Beach, CA 90804
                       Tel: (562) 391-2487
                       gnecf@classcounsel.com

                       *Liaison Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that this Notice was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Thursday, July 23, 2015.

/s/James Robert Noblin
JAMES ROBERT NOBLIN

NOTICE OF CHANGE OF ADDRESS
CASE NO. 2:14-cv-02066-CMB-E            -3-