GREEN & NOBLIN, P.C.
Robert S. Green
2200 Larkspur Landing Circle, Suite 101
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com
*Liaison Counsel for Plaintiffs*

William B. Federman (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com
*Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. ANGLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UTI WORLDWIDE, INC., et al.,<br><br>Defendants. | Case No. 2:14-cv-02066-CBM-E<br><br>**NOTICE OF APPLICATION AND *EX PARTE* APPLICATION OF PLAINTIFF TO FILE A CORRECTED MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS; MEMORANDUM IN SUPPORT**<br><br>Judge: Hon. Consuelo B. Marshall<br>Date: August 25, 2015<br>Time: 10:00 a.m.<br>Courtroom: 2 |

## EX PARTE APPLICATION

Pursuant to the Federal Rules of Civil Procedure and this Court's Local Rule 7-19, Lead Plaintiff Michael Cutler ("Plaintiff") seeks *ex parte* relief to file a corrected Memorandum of Law in Opposition to Defendants' Motion to Dismiss (the "Memorandum in Opposition").   This is Plaintiff's first request to file a corrected Memorandum in Opposition.   The extraordinary relief of an *ex parte* application is necessary on this issue because there is insufficient time to schedule a regularly noticed motion before the passage of the previously set deadline for Defendants' reply in support of their Motion to Dismiss.

Defendants have advised Plaintiff that they do not take a position on this Application.

This Application is made only after providing notice to counsel for Defendants, as required by Local Rule 7-19.1, via e-mail on July 29, 2015 and July 30, 2015.

Defense counsel's information is:

Gary A. Bornstein

CRAVATH, SWAINE & MOORE LLP

825 Eighth Avenue

New York, NY 10019

Tel: (212) 474-1000

gbornstein@cravath.com

In support of this Application, Plaintiff files herewith the accompanying Memorandum of Points and Authorities.

1

Dated: July 30, 2015

Respectfully submitted,

s/William B. Federman
William B. Federman
(admitted *Pro Hac Vice*)
A. Brooke Murphy
(admitted *Pro Hac Vice*)
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235.1560
Facsimile:  (405)  239-2112
wbf@federmanlaw.com

*Lead Counsel for Plaintiffs*


Robert S. Green
GREEN & NOBLIN, P.C.
700 Larkspur Landing Circle, Suite 275
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, CA 90804
Tel: (562) 391-2487
rsg@classcounsel.com
*Liaison Counsel for Plaintiffs*

NOTICE OF APPLICATION AND EX PARTE APPLICATION
OF PLAINTIFF TO FILE A CORRECTED MEMORANDUM IN OPPOSITION;
MEMORANDUM IN SUPPORT

MASTER FILE NO. 2:14-cv-02066-CBM-E

## MEMORANDUM OF POINTS AND AUTHORITIES

On July 27, 2015, Plaintiff filed his Memorandum in Opposition to Defendants' Motion to Dismiss. (Dkt. No. 57)   In an attempt to file the Memorandum in Opposition within the one week deadline while preserving relevant substantive arguments, Plaintiff's Counsel slightly altered the font sizing and spacing so that the brief would satisfy the 25-page limitation.  At the time, Plaintiff's Counsel was unaware of the precise requirements of the Court's Local Rule 11-3.1.1, namely that font spacing could not be condensed.  On July 28, 2015, Defendants contacted Plaintiff to advise that the font appeared to be smaller than the requirements of the Court's Local Rule 11-3.1.1.  Accordingly, Plaintiff seeks an opportunity to file the corrected brief (attached hereto as Exhibit 1) ("Corrected Memorandum"), which complies with the Court's Local Rule 11-3.1.1.

Allowing Plaintiff to file the Corrected Memorandum will not prejudice Defendants since: (1) the Corrected Memorandum has made no substantive changes that altered Plaintiff's arguments; (2) Plaintiff sent a copy of the Corrected Memorandum to Defendants on July 29, 2015, prior to filing this Application; (3) Plaintiff agrees to extend the deadline for Defendants' reply brief until August 6, 2015—one week from the filing of this Application which includes the Corrected Memorandum as an attachment.  Under the Court's Order (Dkt. No. 28), Defendants had until August 3, 2015—one week from Plaintiff's deadline to file a response in opposition—to file their reply brief.

For the reasons stated herein, Plaintiff respectfully requests that the Court:

1)      Grant Plaintiff the opportunity to file the Corrected Memorandum (attached hereto as Exhibit 1); and

2)      Extend Defendants' deadline to file their reply brief until <u>August 6, 2015</u>.

3

NOTICE OF APPLICATION AND EX PARTE APPLICATION
OF PLAINTIFF TO FILE A CORRECTED MEMORANDUM IN OPPOSITION;
MEMORANDUM IN SUPPORT

MASTER FILE NO. 2:14-cv-02066-CBM-E

Dated: July 30, 2015                     Respectfully submitted,

                                         s/William B. Federman
                                         William B. Federman
                                         (admitted via *Pro Hac Vice*)
                                         A. Brooke Murphy
                                         (admitted via *Pro Hac Vice*)
                                         FEDERMAN & SHERWOOD
                                         10205 North Pennsylvania Avenue
                                         Oklahoma City, Oklahoma 73120
                                         Telephone: (405) 235.1560
                                         Facsimile:  (405)  239-2112
                                         wbf@federmanlaw.com

                                         *Lead Counsel for the Class*

                                         Robert S. Green
                                         GREEN & NOBLIN, P.C.
                                         700 Larkspur Landing Circle, Suite 275
                                         Larkspur, California 94939
                                         Tel: (415) 477-6700
                                         Fax: (415) 477-6710
                                         -and-
                                         4500 East Pacific Coast Highway
                                         Fourth Floor
                                         Long Beach, CA 90804
                                         Tel: (562) 391-2487
                                         rsg@classcounsel.com

                                         *Liaison Counsel for the Class*

4

NOTICE OF APPLICATION AND EX PARTE APPLICATION
OF PLAINTIFF TO FILE A CORRECTED MEMORANDUM IN OPPOSITION;                    MASTER FILE NO. 2:14-cv-02066-CBM-E
MEMORANDUM IN SUPPORT

1

### CERTIFICATE OF SERVICE

2     I hereby certify that this Notice was filed through the ECF system and will be sent

3 electronically to the registered participants as identified on the Notice of Electronic Filing

4 (NEF), and paper copies will be sent to those indicated as non-registered participants on

5 Thursday, July 30, 2015.

6                                              /s/ William B. Federman

7                                              William B. Federman

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5