UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. ANGLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UTI WORLDWIDE, INC., et al.,<br><br>Defendants. | Case No. 2:14-cv-02066-CBM-E<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO FILE A CORRECTED MEMORANDUM IN OPPOSITION** |

   Upon consideration of Plaintiffs' *Ex Parte* Application to File A Corrected Memorandum in Opposition, and good cause appearing,

   IT IS HEREBY ORDERED as follows:

   1) Plaintiff shall be permitted to file the Corrected Memorandum in Opposition, attached as Exhibit 1 to his *Ex Parte* Application;

   2) Plaintiff's Corrected Memorandum in Opposition, attached as Exhibit 1 to his *Ex Parte* Application, shall be deemed filed upon entry of this Order; and

   3) Defendants shall have until August 6, 2015 to file their reply in support of their Motion to Dismiss.

IT IS SO ORDERED.

Dated:_____, 2015      _____
                                  THE HON. CONSUELO B. MARSHALL
                                  U.S. DISTRICT COURT JUDGE