UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 14-02066-CBM-E | Date | July 31, 2015 |

| | |
|---|---|
| Title | *Michael J. Angley v. UTI Worldwide, Inc. et al.* |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER AND NOTICE TO PARTIES RE:** *EX PARTE* **APPLICATION OF PLAINTIFF TO FILE A CORRECTED MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS [58]**

      The matter before the Court is the *Ex Parte* Application of Plaintiff to File a Corrected Memorandum in Opposition to Defendants' Motion to Dismiss (the "Application"). [Dkt. No. 58.]

      Plaintiff's Application fails to comply with Local Rule 7-19, which requires the attorney applying for an *ex parte* order "to advise the Court in writing and ***under oath*** of efforts to contact other counsel and whether any other counsel, after such advice, opposes the application." (Emphasis added.)

      Notwithstanding the above, and having read the Application and finding good cause, the Court **GRANTS** the Application. Plaintiff's Corrected Memorandum [Dkt. No. 58-1] is deemed filed as of the date of this Order. Defendants shall file a reply in support of the Motion to Dismiss, if any, **no later than August 7, 2015**.

      The parties are reminded that all counsel shall be familiar with all applicable Local Rules of the Central District of California. [*See* Dkt. No. 10.]

      **IT IS SO ORDERED.**