UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 14-2066-CBM(Ex)** | Date | SEPTEMBER 29, 2015 |
|---|---|---|---|

| Title | MICHAEL J. ANGLEY v. UTI WORLDWIDE INC., ET AL |
|---|---|

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**    **IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the Defendant's Motion to dismiss 2nd amended class action complaint **[55]**, currently scheduled for October 6, 2015, is hereby ordered continued to ***October 15, 2015 at 9:30 a.m.***

IT IS SO ORDERED.

cc: all parties