GREEN & NOBLIN, P.C.
Robert S. Green
2200 Larkspur Landing Circle, Suite 101
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com
*Liaison Counsel for Plaintiffs*

William B. Federman (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: 405-235-1560
Facsimile: 405-239-2112
wbf@federmanlaw.com
*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. ANGLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UTI WORLDWIDE, INC., et al.,<br><br>Defendants. | Case No. 2:14-cv-02066-CBM-E<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

Notice is hereby given that Lead Plaintiff Michael Cutler, on behalf of himself and all others similarly situated, appeals to the United States Court of Appeals for the Ninth Circuit from (1) the District Court's Order re: Defendants' Motion to Dismiss the Amended Complaint -- granting Defendants UTI Worldwide, Inc., Eric W. Kirchner, Richard G. Rodick, Edward W. Feitzinger and Jeffrey D. Misakian's motion to dismiss – entered June 10, 2015 (Dkt No. 51); and (2) the District Court's Order re: Defendants' Motion to Dismiss Second Amended Class Action Complaint [55] -- granting Defendants UTI Worldwide, Inc., Eric W. Kirchner, Richard G. Rodick, Edward W. Feitzinger and Jeffrey D. Misakian's motion to dismiss the second amended complaint – entered November 12, 2015 (Dkt No. 65). Plaintiffs file this appeal against all Defendants.

Dated: December 10, 2015

Respectfully submitted,

/s/ William B. Federman
William B. Federman
(admitted *Pro Hac Vice*)
Stuart W. Emmons
(admitted *Pro Hac Vice*)
A. Brooke Murphy
(admitted *Pro Hac Vice*)
FEDERMAN & SHERWOOD
10205 North Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
Telephone: (405) 235.1560
Facsimile: (405) 239-2112
wbf@federmanlaw.com

*Lead Counsel for Plaintiffs*

James Robert Noblin
Robert S. Green
GREEN & NOBLIN, P.C.
700 Larkspur Landing Circle, Suite 275
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, CA 90804
Tel: (562) 391-2487
rsg@classcounsel.com

*Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that this Notice was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Thursday, December 10, 2015.

/s/ William B. Federman
William B. Federman

2