GREEN & NOBLIN, P.C.
Robert S. Green
2200 Larkspur Landing Circle, Suite 101
Larkspur, California 94939
Tel: (415) 477-6700
Fax: (415) 477-6710
-and-
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, California 90804
Tel: (562) 391-2487
rsg@classcounsel.com
*Liaison Counsel for Plaintiffs*

William B. Federman (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: 405-235-1560
Facsimile: 405-239-2112
wbf@federmanlaw.com
*Lead Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. ANGLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UTI WORLDWIDE, INC., et al.,<br><br>Defendants. | Case No. 2:14-cv-02066-CBM-E<br><br>**REPRESENTATION STATEMENT** |

1      The undersigned represents Michael Cutler, Plaintiff and Appellant in this matter, and no other party. Attached is a service list that shows all of the parties to this action, and identifies their counsel by name, firm, address, email and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

                                      Respectfully submitted,

                                        /s/ William B. Federman
                                        William B. Federman
                                        (admitted *Pro Hac Vice*)
                                        Stuart W. Emmons
                                        (admitted *Pro Hac Vice*)
                                        A. Brooke Murphy
                                        (admitted *Pro Hac Vice*)
                                        FEDERMAN & SHERWOOD
                                        10205 North Pennsylvania Avenue
                                        Oklahoma City, Oklahoma 73120
                                        Telephone: (405) 235.1560
                                        Facsimile: (405) 239-2112
                                        wbf@federmanlaw.com

                                        *Lead Counsel for Plaintiffs*

                                        James Robert Noblin
                                        Robert S. Green
                                        GREEN & NOBLIN, P.C.
                                        700 Larkspur Landing Circle, Suite 275
                                        Larkspur, California 94939
                                        Tel: (415) 477-6700
                                        Fax: (415) 477-6710
                                        -and-
                                        4500 East Pacific Coast Highway
                                        Fourth Floor
                                        Long Beach, CA 90804
                                        Tel: (562) 391-2487
                                        rsg@classcounsel.com

                                        *Liaison Counsel for Plaintiffs*

# SERVICE LIST FOR REPRESENTATION STATEMENT

Plaintiff/Appellant:

    Michael Culter

Counsel for Plaintiff/Appellant:

    William B. Federman
    wbf@federmanlaw.com
    (admitted *Pro Hac Vice*)
    Stuart W. Emmons
    swe@federmanlaw.com
    (admitted *Pro Hac Vice*)
    A. Brooke Murphy
    abm@federmanlaw.com
    (admitted *Pro Hac Vice*)
    FEDERMAN & SHERWOOD
    10205 North Pennsylvania Avenue
    Oklahoma City, Oklahoma 73120
    Telephone: (405) 235.1560
    Facsimile: (405) 239-2112

    *Lead Counsel for Plaintiff/Appellant*

    James Robert Noblin
    jrn@classcounsel.com
    Robert S. Green
    rsg@classcounsel.com
    GREEN & NOBLIN, P.C.
    700 Larkspur Landing Circle, Suite 275
    Larkspur, California 94939
    Telephone: (415) 477-6700
    Facsimile: (415) 477-6710
    -and-
    4500 East Pacific Coast Highway
    Fourth Floor
    Long Beach, CA 90804
    Telephone: (562) 391-2487

    *Liaison Counsel for Plaintiff/Appellant*

Defendants/Appellees:

    UTI Worldwide, Inc.
    Eric W. Kirchner ("Kirchner")
    Richard G. Rodick ("Rodick")
    Edward G. Feitzinger ("Feitzinger")
    Jeffrey D. Misakian ("Misakian")

Counsel for Defendants/Appellees:

    Gary A. Bornstein
    gbornstein@cravath.com
    (admitted *Pro Hac Vice*)
    CRAVATH, SWAINE & MOORE LLP
    825 Eighth Avenue
    New York, NY 10019-7475
    Telephone: (212) 474-1000
    Facsimile: (212) 474-3700

    *Lead Counsel for Defendants/Appellees*

    David I. Hurwitz
    dih@birdmarella.com
    BIRD, MARELLA, BOXER, WOLPERT,
     NESSIM, DROOKS, LINCENBERG & RHOW, P.C.
    1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
    Telephone: (310) 201-2100
    Facsimile: (310) 201-2110

    *Liaison Counsel for Defendants/Appellees*

## CERTIFICATE OF SERVICE

I hereby certify that this Notice was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Thursday, December 10, 2015.

/s/ William B. Federman
William B. Federman

4