James Robert Noblin
GREEN & NOBLIN, P.C.
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, CA 90804
Tel: (562) 391-2487
jrn@classcounsel.com

*Liaison Counsel for Plaintiff*

William B. Federman (admitted *pro hac vice*)
A. Brooke Murphy (admitted *pro hac vice*)
Stuart W. Emmons (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone:  405-235-1560
Facsimile:  405-239-2112
wbf@federmanlaw.com

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. ANGLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UTI WORLDWIDE, INC., et al.,<br><br>Defendants. | Case No. 2:14-cv-02066-CBM-E<br><br>CLASS ACTION<br><br>**NOTICE OF ERRATA TO DECLARATION OF WILLIAM B. FEDERMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Consuelo B. Marshall<br>Date:   February 27, 2018<br>Time:   10:00 a.m.<br>Place:  Courtroom 2 |

NOTICE OF ERRATA TO DECLARATION OF
WILLIAM B. FEDERMAN IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION                                Case No. 2:14-cv-02066-CBM-E

1  Plaintiff Stratesis, LLC respectfully submits this errata to the Declaration of
2  William B. Federman in Support of Plaintiff's Motion for Class Certification
3  ("Federman Declaration"), which was filed on January 2, 2018, at Docket No. 97, in
4  order to correct an inadvertent typographical error in the Declaration and Expert Report
5  of Cynthia L. Jones, CFA ("Jones Report"), attached as Exhibit A to the Federman
6  Declaration.  Page six of the Jones Report stated that the "y" variable of the regression
7  analysis is "independent" and that the "x" variable of the regression analysis is
8  "dependent"; however, in actuality, the "y" variable of the regression analysis is
9  "dependent" and the "x" variable of the regression analysis is "independent." Plaintiff
10 Stratesis, LLC is concurrently filing an amended Federman Declaration that includes
11 an amended Jones Report that corrects this typographical error but makes no other
12 changes.

13 Dated: January 19, 2018            /s/William B. Federman
14                                    William B. Federman (admitted *Pro Hac Vice*)
                                       FEDERMAN & SHERWOOD
15                                    10205 North Pennsylvania Avenue
16                                    Oklahoma City, Oklahoma 73120
                                       Telephone: (405) 235-1560
17                                    Facsimile:  (405) 239-2112
18                                    wbf@federmanlaw.com

19                                    *Lead Counsel for Plaintiffs*
20
21                                    James Robert Noblin
                                       GREEN & NOBLIN, P.C.
22                                    4500 East Pacific Coast Highway, Fourth Floor
                                       Long Beach, CA 90804
23                                    Tel: (562) 391-2487
24                                    jrn@classcounsel.com

25                                    *Liaison Counsel for Plaintiffs*
26
27
28

NOTICE OF ERRATA TO DECLARATION OF
WILLIAM B. FEDERMAN IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION                1                Case No. 2:14-cv-02066-CBM -E

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Friday, January 19, 2018.

                                        /s/William B. Federman
                                        William B. Federman

NOTICE OF ERRATA TO DECLARATION OF
WILLIAM B. FEDERMAN IN SUPPORT OF
MOTION FOR CLASS CERTIFICATION                                       Case No. 2:14-cv-02066-CBM -E