# EXHIBIT 3

1              UNITED STATES DISTRICT COURT

2             CENTRAL DISTRICT OF CALIFORNIA

3

   MICHAEL J. ANGLEY,                )

4  individually and on          ) Videotaped 30(b)(6)

   behalf of all others         ) Deposition of

5  similarly situated,          ) Stratesis through:

                                )

6  Plaintiff,                   ) Michael Cutler

                                )

7  vs.                          )

8                               )

9  UTI WORLDWIDE, INC., et      ) 2:14-cv-02066-CBM-E

10 al,                          )

11                              )

12 Defendants.                  )

13

14

15

16          February 6, 2018 * 9:10 a.m.

17

18          Location:  Hyatt House

19          9685 South Monroe Street

20          Sandy, Utah  84070

21

22      JOB NO. 137372

23      Reporter:  Diana Kent, RPR, CRR

24  Notary Public in and for the State of Utah

25      Videographer:  Ryan Reverman, CLVS

1                 A P P E A R A N C E S
2   FOR THE PLAINTIFF:
3              William Federman
              FEDERMAN & SHERWOOD
4              Attorney at Law
              10205 N Pennsylvania
5              Oklahoma City, Oklahoma   73120
6
7

    FOR THE DEFENDANT:
8
              Isaac Chaput
9              Samantha Bui
              CRAVATH, SWAINE & MOORE
10             Attorney at Law
              Worldwide Plaza
11             825 Eighth Avenue
              New York, New York   10019
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
1                    I N D E X
2   MICHAEL CUTLER                              PAGE
3   Examination By Mr. Chaput                     7
4
5
6                 E X H I B I T S
7   NUMBER              DESCRIPTION            PAGE
8   Exhibit 106   Notice of 30(b)(6) Deposition of   23
                  Lead Plaintiff Stratesis, LLC
9
    Exhibit 107   Stratesis, LLC, Confidential       36
10                Private Placement Memorandum
11  Exhibit 108   Declaration of Michael Cutler      40
12  Exhibit 109   Document created by Michael         66
                  Cutler listing Articles
13                regarding UTi
14  Exhibit 110   Trade Confirmation Report,          74
                  February 21, 2014 through March
15                4, 2014
16  Exhibit 111   Trade Confirmation Report dated     77
                  March 13, 2014
17
    Exhibit 112   Trade Confirmation Report dated     77
18                March 24, 2014
19  Exhibit 113   Trade Confirmation Report dated     79
                  April 17, 2014
20
    Exhibit 114   Trade Confirmation Report dated     80
21                April 28, 2014
22  Exhibit 115   Trade Confirmation Report dated     81
                  May 8, 2014
23
    Exhibit 116   Trade Confirmation Report dated     82
24                May 16, 2014
    Exhibit 117   Trade Confirmation Report dated     82
                  May 27, 2014
25                May 27, 2014
```

Page 4

```
 1                    E X H I B I T S
 2   NUMBER              DESCRIPTION                 PAGE
 3   Exhibit 118   Trade Confirmation Report dated    83
                   May 28, 2014
 4
     Exhibit 119   Trade Confirmation Report dated    83
 5                 May 29, 2014
 6   Exhibit 120   Trade Confirmation Report dated    84
                   May 30, 2014
 7
     Exhibit 121   Trade Confirmation Report dated    85
 8                 June 2, 2014
 9   Exhibit 122   Trade Confirmation Report dated    85
                   June 4, 2014
10
     Exhibit 123   Trade Confirmation Report dated    86
11                 June 5, 2014
12   Exhibit 124   Trade Confirmation Report dated    87
                   June 16, 2014
13
     Exhibit 125   News Release, "UTi Worldwide       99
14                 Reports Fiscal 2013 Fourth
                   Quarter Results"
15
     Exhibit 126   News Release, "UTi Worldwide      100
16                 Reports Fiscal 2014 First
                   Quarter Results"
17
     Exhibit 127   News Release, "UTi Worldwide      102
18                 Reports Fiscal 2014 Second
                   Quarter Results"
19
     Exhibit 128   News Release, "UTi Worldwide      102
20                 Reports Fiscal 2014 Third
                   Quarter Results"
21
     Exhibit 129   Third Amended Class Action        104
22                 Complaint
23   Exhibit 130   "Exhibit 1" - Declaration of      108
                   William B. Federman, with
24                 attached Exhibits
     Exhibit 131   SEC filings from SEC's EDGAR      131
                   system regarding UTiW
25                 system regarding UTiW
```

1                         E X H I B I T S

2     NUMBER                 DESCRIPTION                PAGE

3     Exhibit 132    "Herds vs. Nerds" article from      136

                     Seeking Alpha, written by

4                    Michael Cutler

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 6

                    P R O C E E D I N G S

1

2

3          VIDEOGRAPHER:  This is the start of media

4    labeled Number 1 of the videotaped deposition of

5    Michael Cutler in the matter of Angley, et al., versus

6    UTi Worldwide, Incorporated, et al., in the United

7    States District Court, Central District of California,

8    Western Division, case number 2:14-CV-02066-CMB-E.

9          This deposition is being held at the Hyatt

10   House in Sandy, Utah, on February 6, 2018, at

11   approximately 9:11 a.m.

12         My name is Ryan Reverman.  I am the legal

13   video specialist from TSG Reporting, Incorporated,

14   headquartered at 747 Third Avenue, New York, New York.

15   The court reporter is Diana Kent, also in association

16   with TSG Reporting.

17         Counsel, will you please introduce

18   yourselves for the record.

19         MR. CHAPUT:  Isaac Chaput from Cravath

20   Swaine & Moore, LLP, on behalf of Defendants.

21         MS. BUI:  Samantha Bui from Cravath,

22   Swaine & Moore, LLP, on behalf of defendants.

23         MR. FEDERMAN:  William B. Federman of

24   Federman & Sherwood for the plaintiffs.

25         VIDEOGRAPHER:  Would the court reporter

Page 7

1   please swear in the witness.

2

3                  Michael Cutler,

4        called as a witness, being first sworn,

5           was examined and testified as follows:

6

7                     EXAMINATION

8   BY MR. CHAPUT:

9        Q.    Good morning, Mr. Cutler.  Would you

10  please state your full name for the record.

11       A.    Michael Cutler.

12       Q.    Have you ever gone by any other names?

13       A.    No.

14       Q.    Where do you reside?

15       A.    The address?

16       Q.    Yes, please.

17       A.    ███████████████████████████████████

18  ████████

19       Q.    Have you ever been deposed before?

20       A.    No.

21       Q.    Do you understand that you're under oath

22  and that your testimony today is being videotaped?

23       A.    Yes.

24       Q.    If you don't understand any questions or

25  need me to repeat something, please let me know.

1   Otherwise, I'll assume that you understood my question.

2          Please give all of your answers verbally

3   instead of nodding, since the court reporter can't take

4   down a nod.

5          And if you need a break at any time, just

6   let me know.  My only request is that if there's a

7   question pending, that you please answer the question

8   first before we take a break.  Do you understand?

9       A.    Yes.

10      Q.    Is there anything that would prevent you

11  from testifying fully and truthfully today?

12      A.    No.

13      Q.    Do you understand that you are here to

14  testify as a corporate representative of Stratesis,

15  LLC?

16      A.    Yes.

17      Q.    And you understand you are also testifying

18  in your personal capacity, correct?

19      A.    Yes.

20      Q.    If you are unclear on whether I'm asking a

21  question in your personal capacity or as a 30(b)(6)

22  witness, please ask for clarification.

23      A.    I don't know what a 30(b)(6) witness is.

24      Q.    The 30(b)(6) witness is your testimony on

25  behalf of Stratesis.

1      Q.    So this was created in response to a

2  request from counsel?

3      A.    Yes.

4      Q.    Does this document reflect what you knew

5  in 2014 when you were deciding whether to purchase UTi

6  stock?

7      A.    This reflects the types of information I

8  would have been reviewing at that time.  I can't say

9  that I knew all this, or that I reviewed all this.  But

10  these are the types of things I was looking into.

11      Q.    So you don't recall whether you had read

12  everything on this spreadsheet prior to making your

13  investment in UTi; is that right?

14      A.    No.  I don't recall that.

15      Q.    Do you -- let me rephrase.

16            When you're making an investment decision,

17  did you, in 2014, keep a record of what you read before

18  making a purchase?

19      A.    No.  You're asking if I kept a record?

20      Q.    (Nods head up and down.)

21      A.    No.  Of what I read, no.

22      Q.    You stated before that in February 2014

23  when you made your investment it was your belief that

24  UTi's stock was undervalued; is that right?

25      A.    That's right.

Page 68

1        Q.     And what was the basis for that

2    conclusion?

3        A.     Again, I can't tell you specifically.  I

4    don't remember.  But it would have been these types

5    of -- this type of information.

6        Q.     Do you recall why you initially began

7    considering UTi as a potential investment?

8        A.     Yes.

9        Q.     And why did you initially begin considering

10   UTi as a potential investment?

11       A.     We have a buy list.

12       Q.     "We" meaning Stratesis?

13       A.     Sorry.  I had a buy list at the time.

14   That's correct.

15       Q.     How did companies get onto your buy list?

16       A.     Yeah, so the -- I had a very rudimentary,

17   at the time, algorithm that would list companies that

18   might be interesting to look at.  And I would go

19   research them.

20       Q.     Can you describe your algorithm that you

21   just mentioned for me in more detail?

22       A.     I honestly don't remember.  I've been

23   trying to create a business for five years now and

24   those things have changed significantly over time.

25       Q.     Was the buy list an automated output of

Page 115

1        A.    Yes.

2        Q.    And that is after you signed your

3   declaration seeking to become lead plaintiff; is that

4   right?

5        A.    Yes.

6        Q.    Why did you continue to purchase shares in

7   UTi after deciding that you wanted to become lead

8   plaintiff in the case?

9        A.    I make money.  I want to make money.

10       Q.    Why did you continue to purchase shares in

11  a company after deciding that the company had misled

12  you previously?

13       A.    Because it was an investment thesis.

14       Q.    What was your investment thesis with

15  respect to UTi after the February 26, 2014,

16  disclosures?

17       A.    I don't know the specifics.  As with all

18  investments, it's based on a lot of different factors

19  and those would have been taken into account at the

20  time.

21       Q.    Do you recall in general what your

22  investment thesis was with respect to UTi after the

23  February 26, 2014, disclosures?

24       A.    I could only guess.

25       Q.    You mentioned earlier that you use