James Robert Noblin
GREEN & NOBLIN, P.C.
4500 East Pacific Coast Highway
Fourth Floor
Long Beach, CA 90804
Tel: (562) 391-2487
jrn@classcounsel.com

*Liaison Counsel for Plaintiff*

William B. Federman (admitted *pro hac vice*)
Stuart W. Emmons (admitted *pro hac vice*)
A. Brooke Murphy (admitted *pro hac vice*)
FEDERMAN & SHERWOOD
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Telephone: 405-235-1560
Facsimile: 405-239-2112
wbf@federmanlaw.com

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. ANGLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UTI WORLDWIDE, INC., et al.,<br><br>Defendants. | Case No. 2:14-cv-02066-CBM-E<br><br>CLASS ACTION<br><br>**NOTICE AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge: Hon. Consuelo B. Marshall<br>Date: September 4, 2018<br>Time: 10:00 a.m.<br>Place: Courtroom 8B |

PLEASE TAKE NOTICE that Lead Plaintiff and Class Representative Stratesis, LLC ("Plaintiff") hereby moves the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an Order: (1) granting preliminary approval of the proposed settlement (the "Settlement"), on the terms set forth in the Stipulation of Settlement and the exhibits attached thereto, dated August 7, 2018 (submitted herewith); (2) directing that potential Class Members be given notice of the proposed Settlement in substantially the same form and manner set forth in the Stipulation; (3) setting a hearing date for the Court to consider final approval of the proposed Settlement; and (4) setting a schedule for various events related thereto.

Pursuant to Local Rule 7-3, Lead Counsel has met and conferred with counsel for Defendants, and Defendants do not oppose this motion. The parties do not believe a hearing is necessary on this unopposed motion for preliminary approval of the Settlement, and may be submitted on the papers. Should a hearing be requested by the Court, this motion is noticed for hearing at 10:00 a.m. on September 4, 2018, or at the Court's convenience, before the Honorable Consuelo B. Marshall of the United States District Court for the Central District of California, Courtroom #8B, 350 W. 1st Street, Los Angeles, CA 90012.

In support of this Unopposed Motion, Plaintiff relies on the Stipulation of Settlement and the exhibits attached thereto, the Memorandum of Points and Authorities in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement, and the Declaration of William B. Federman in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement.

| | | |
|---|---|---|
| 1 | Dated: August 7, 2018 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ William B. Federman |
| | | William B. Federman |
| 4 | | (admitted *Pro Hac Vice*) |
| | | A. Brooke Murphy |
| 5 | | (admitted *Pro Hac Vice*) |
| 6 | | Stuart W. Emmons |
| | | (admitted *Pro Hac Vice*) |
| 7 | | FEDERMAN & SHERWOOD |
| 8 | | 10205 North Pennsylvania Avenue |
| | | Oklahoma City, OK 73120 |
| 9 | | Telephone: (405) 235-1560 |
| 10 | | Facsimile: (405) 239-2112 |
| | | -and- |
| 11 | | 2916 Maple Ave., Ste. 200 |
| 12 | | Dallas, TX 75201 |
| | | wbf@federmanlaw.com |
| 13 | | abm@federmanlaw.com |
| 14 | | swe@federmanlaw.com |
| 15 | | *Lead Counsel for Plaintiffs* |
| 16 | | James R. Noblin |
| 17 | | GREEN & NOBLIN, P.C. |
| | | 4500 E. Pacific Coast Hwy., 4th Floor |
| 18 | | Long Beach, CA 90804 |
| 19 | | Telephone: (562) 391-2487 |
| | | -and- |
| 20 | | 700 Larkspur Landing Cir., Ste. 275 |
| 21 | | Larkspur, CA 94939 |
| 22 | | Telephone: (415) 477-6700 |
| | | jrn@classcounsel.com |
| 23 | | *Liaison Counsel for Plaintiffs* |

-2-

Notice and Unopposed Motion for Preliminary
Approval of Class Action Settlement                                  Case No. 2:14-cv-02066-CBM-E

# **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Tuesday, August 07, 2018.

/s/ William B. Federman
William B. Federman

-3-

Notice and Unopposed Motion for Preliminary
Approval of Class Action Settlement                    Case No. 2:14-cv-02066-CBM-E