James Robert Noblin (State Bar No. 114442)
**GREEN & NOBLIN, P.C.**
4500 East Pacific Coast Highway, Fourth Floor
Long Beach, California 90804
Telephone: (562) 391-2487
Facsimile: (415) 477-6710
-and-
2200 Larkspur Landing Circle, Suite 101
Larkspur, CA 94939
Telephone: (415) 477-6700
Facsimile: (415) 477-6710
Email: gnecf@classcounsel.com

*Liaison Counsel for Plaintiffs*

William B. Federman (admitted *pro hac vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma City, OK 73120
Telephone: (405) 235-1560
Facsimile: (405) 239-2112

*Lead Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DISTRICT

| | |
|---|---|
| MICHAEL J. ANGLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UTI WORLDWIDE, INC., et al.,<br><br>Defendants. | Case No. 2:14-cv-02066-CBM-E<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE AND MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND REIMBURSEMENT AWARD TO LEAD PLAINTIFF**<br><br>Judge: Hon. Consuelo B. Marshall<br>Date: February 26, 2019<br>Time: 10:00 a.m.<br>Place: Courtroom 8B |

PLEASE TAKE NOTICE that Lead Plaintiff Stratesis, LLC ("Lead Plaintiff") and all Class Members (collectively "Plaintiffs") hereby move the Court pursuant to Rule 23(e) of the Federal Rules of Civil Procedure for an Order: (1) awarding attorneys' fees in the amount equal to 28% of the Settlement Fund; (2) reimbursing litigation expenses of $578,340.30 that were incurred in prosecuting this action; and (3) awarding Lead Plaintiff in the amount of $20,000 as reimbursement for the time and effort Lead Plaintiff expended in this action for the benefit of the Class.

Pursuant to Local Rule 7-3, Lead Counsel has met and conferred with counsel for Defendants, and Defendants take no position on this motion.

Pursuant to the Court's Order entered on September 5, 2018 (Dkt. No. 139), this Motion is set for hearing on February 26, 2019, at 10:00 a.m., or as soon thereafter as this matter may be heard, before the Honorable Consuelo B. Marshall of the United States District Court for the Central District of California, Courtroom 8B, 350 W. 1st Street, CA 90012.

In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law in Support of Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Reimbursement Award to Lead Plaintiff, submitted herewith; the Declaration of William B. Federman in Support of (1) Plaintiffs' Motion for Final Approval of Settlement, and (2) Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses, and Reimbursement Award to Lead Plaintiff and the exhibits thereto, submitted herewith; the Memorandum of Law in Support of Unopposed Motion for Final Approval of the Settlement, submitted herewith; the Stipulation of Settlement and the exhibits thereto, dated August 7, 2018 (Dkt. No. 134-1); all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court.

| | |
|---|---|
| Dated: January 28, 2019 | Respectfully submitted,<br><br>/s/ William B. Federman<br>William B. Federman<br>(admitted *Pro Hac Vice*)<br>FEDERMAN & SHERWOOD<br>10205 North Pennsylvania Avenue<br>Oklahoma City, OK 73120<br>Telephone: (405) 235-1560<br>Facsimile: (405) 239-2112<br>-and-<br>2916 Maple Ave., Ste. 200<br>Dallas, TX 75201<br>Telephone: (214) 696-1100<br>wbf@federmanlaw.com<br><br>*Lead Counsel for Plaintiffs*<br><br>James R. Noblin<br>GREEN & NOBLIN, P.C.<br>4500 E. Pacific Coast Hwy., 4th Floor<br>Long Beach, CA 90804<br>Telephone: (562) 391-2487<br>-and-<br>700 Larkspur Landing Cir., Ste. 275<br>Larkspur, CA 94939<br>Telephone: (415) 477-6700<br>jrn@classcounsel.com<br><br>*Liaison Counsel for Plaintiffs* |

**CERTIFICATE OF SERVICE**

I hereby certify that this Notice was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on Monday, January 28, 2019.

/s/ William B. Federman
William B. Federman