# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL J. ANGLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UTI WORLDWIDE INC., et al.,<br><br>Defendants. | Case No. 2:14-cv-02066-CBM-E<br><br>**ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES [147]** |


This matter having come before the Court on February 26, 2019, on Plaintiffs' motion for an award of attorneys' fees and reimbursement of expenses to Plaintiffs' Counsel and a reimbursement award to Lead Plaintiff, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. All of the capitalized terms used herein shall have the same meaning as set forth in the Stipulation of Settlement dated as of August 7, 2018 (the "Stipulation").

2. The Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all Members of the Class.

3. Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court finds and concludes that due and adequate notice of Lead Plaintiff's motion for an award of attorneys' fees and expenses and Lead Plaintiff's reimbursement award was directed to Class Members, including, individual notice to those who could be identified with reasonable effort, advising them of the application for fees, expenses, and reimbursement award, and advising them of their right to object thereto, and a full and fair opportunity was accorded to all Class Members to be heard with respect to the motion for fees, expenses, and reimbursement award.

4. The Court hereby awards Plaintiffs' Counsel attorneys' fees of _20_ % of the Settlement Fund (i.e., $3,040,000), including interest earned thereon at the same rate as earned on the Settlement Fund, and $ _578,340.30_ in reimbursement of expenses. The Court finds that the amount of fees and expenses awarded is fair and reasonable. The awarded attorneys' fees and expenses shall be paid to Plaintiffs' Counsel from the Settlement Fund pursuant to the terms of the Stipulation, which terms, conditions, and obligations are incorporated herein.

The request for a reimbursement award to Lead Plaintiff is DENIED.

IT IS SO ORDERED.

DATED: February 28, 2019

*[signature]*

Honorable Consuelo B. Marshall
United States District Judge